Block Steel Corporation, Appellee, v. Russakov Can Company, Appellant.

Gen. No. 45,356.

Soboroff
& Soboroff, for appellant; Hyman Soboroff, of counsel; Teller, Levit &
Silvertrust, for appellee; Leon Silvertrust, and H. J. Goldberger, of
counsel. Opinion by JUSTICE KILEY. **Not to be published in full.**
Opinion filed May 9, 1951; released for publication July 5, 1951.